UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>H. LONGIA, et al.,<br><br>                Defendants. | No. 1:19-cv-01714-NONE-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING OCTOBER 30, 2020 REQUEST FOR EXTENSION OF TIME<br><br>(Doc. No. 8) |

      Plaintiff, Pedro Rodriguez, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On April 21, 2020, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed, with prejudice, due to plaintiff's failure to state a claim upon which relief may be granted under § 1983. (Doc. No. 8.) Plaintiff was provided an opportunity to file objections to the findings and recommendations, with such objections initially due within twenty-one days. (*Id.*) Plaintiff was subsequently granted four extensions of time, with the last extension of time giving plaintiff to August 25, 2020, to file objections. (Doc. Nos. 11, 13, 15, 17.) Nonetheless, plaintiff did not timely file any objections. However, on October

/////

30, 2020, the court received yet another request for an extension of time from plaintiff. (Doc. No. 22.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. In addition, the court does not believe that the granting of any additional extensions of time to file objections are justified here. Plaintiff has been afforded numerous extensions and ample opportunity to file objections to the pending findings and recommendations, which clearly explain the applicable legal standards. Plaintiff's filings demonstrate he is capable of expressing himself and explaining his legal positions. Moreover, at no point has plaintiff explained why additional time is needed to (or would help him) cure the defects identified in his complaint. Finally, although plaintiff's latest request for an extension of time reveals that he has not been able to visit the law library in person due to his quarantine status, the legal library at his current place of incarceration has offered to deliver materials to him. (*See* Doc. No. 22 at 2.)

Accordingly,

1. The findings and recommendations entered April 21, 2020 (Doc. No. 8) are adopted in full;
2. Plaintiff's latest request for an extension of time (Doc. No. 22) is DENIED;
3. This case is dismissed with prejudice due to plaintiff's failure to state a claim upon which relief may be granted under § 1983; and
4. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **November 3, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE